IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEMARCO WYMBS, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-00220-MTT-CHW |
| | * |
| WARDEN TARMARSHE SMITH , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of July, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk